1  ANN K. JOHNSTON, ESQ. (SBN 145022)
   (e-mail: **ajohnston@bergerkahn.com**)
2  DENISE A. RUELAS, ESQ. (SBN 135777)
   (e-mail: **druelas@bergerkahn.com**)
3  BERGER KAHN
   A Law Corporation
4  7200 Redwood Boulevard, Suite 325
   Novato, CA  94945
5  Tel:  (415) 899-1770  •  Fax: (415) 899-1769

6  Attorneys for Defendant
   HARTFORD CASUALTY INSURANCE COMPANY
7

8

9
                 IN THE UNITED STATES DISTRICT COURT
10
               FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  LAWRENCE CASO; CASO TRUST,    ) CASE NO. 2:07-cv-00101-FCD-DAD
                                  )
13               Plaintiffs,      ) **STIPULATION AND ORDER**
                                  ) **MODIIFYING STATUS (PRETRIAL**
14  vs.                           ) **SCHEDULING) ORDER**
                                  )
15  HARTFORD CASUALTY INSURANCE   ) **"AS MODIFIED"**
    COMPANY, and DOES 1 to 10,    )
16                                )
                 Defendants.      ) DATE ACTION FILED:  12/14/2006
17  _____ ) TRIAL DATE:         05/20/2008
                                  )
18      WHEREAS, this Court's Status (Pretrial Scheduling) Order e-filed
19  on April 17, 2007, sets dates for hearing cross-summary judgment
20  motions, a date for a further case management conference, and a
21  deadline for completing specified depositions;
22      WHEREAS, under the April 17, 2007, Order the deadline for
23  completing discovery, including discovery motions and compliance with
24  any discovery orders, is August 22, 2007, the same date as the
25  deadline for completing depositions and written discovery;
26      WHEREAS, trial is set in this action is set for May 20, 2008, and
27  the final pretrial conference is set for March 7, 2008;
28      WHEREAS, additional time is needed to complete discovery in light
    of the summer schedules of witnesses and counsel, which affects the
    case scheduling;

IT IS HEREBY STIPULATED AND AGREED THAT THE APRIL 17, 2007 STATUS (PRETRIAL SCHEDULING) ORDER IS MODIFIED AS FOLLOWS:

1.   All discovery (other than discovery relating to experts) shall be "completed" by September 14, 2007.  A deposition is "completed" as the term is used herein on the day a deposition begins. Other discovery procedures are deemed "completed" the day the response is due.

2.   Discovery motions (other than motions relating to expert discovery) shall be heard by no later than by October 12, 2007.

3.   No later than October 26, 2007, all counsel are to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial.  The designation shall be accompanied by a written report prepared and signed by the witness.  The report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

4.   By November 5, 2007, any party may submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject.  The supplemental designation shall be accompanied by a written report prepared and signed by the witness.  The report shall comply with Federal Rule of Civil Procedure 26(a)(2)(B).

5.   Expert discovery shall be "completed" by November 23, 2007.

6.   All motions pertaining to expert discovery shall be heard by no later than December 21, 2007.  As used in this paragraph, "completed" means all depositions have been taken and any disputes have been resolved by appropriate order if necessary, and where discovery has been ordered, the order has been obeyed.

7.    All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard <u>no later than</u> February 15, 2008.

DATED:  June 25, 2007          LAW OFFICE OF ANDREW D. WOLL


                               /s/ Andrew D. Woll
                               as authorized on 6/25/07

                               ANDREW D. WOLL
                               Attorney for Plaintiffs
                               LAWRENCE CASO and CASO TRUST

DATED: June 25, 2007           BERGER KAHN
                               A Law Corporation


                          By:  /s/ Denise A. Ruelas
                               DENISE A. RUELAS
                               Attorneys for Defendant
                               HARTFORD CASUALTY
                               INSURANCE COMPANY


<u>**ORDER**</u>

The court shall allow modification of the Status (Pretrial Scheduling) Order **PURSUANT TO THIS STIPULATION**, however the court shall modify the dates and language of the order to comply with the court's scheduling practices and/or calendar availability:

1.    All discovery (other than discovery relating to experts) shall be "completed" by **October 12, 2007.**  In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

2.    No later than **October 26, 2007**, all counsel are to designate in writing, file with the court, and serve upon all other

parties the name, address, and area of expertise of each
expert that they propose to tender at trial.  The
designation shall be accompanied by a written report
prepared and signed by the witness. By **November 5, 2007**, any
party may submit a rebuttal list of expert witnesses who
will express an opinion on a subject covered by an expert
designated by an adverse party.  The report shall comply
with FRCP 26(a)(2)(B).  All expert discovery shall be
completed by **December 21, 2007.**

3.   All dispositive motions, except motions for continuances,
temporary restraining orders or other emergency
applications, shall be heard <u>no later than</u>
**February 22, 2008.**

4.   The final pretrial conference is now set for **April 25, 2008**
at **1:30 p.m.**  The joint pretrial statement shall be filed no
later than **April 18, 2008.**

5.   The jury trial is now set for **June 24, 2008** at **9:00 a.m.**

**IT IS SO ORDERED**.

DATED: June 29, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE