ANN K. JOHNSTON, ESQ. (SBN 145022)
(e-mail: **ajohnston@bergerkahn.com**)
BERGER KAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA  94945
Tel:  (415) 899-1770  •  Fax: (415) 899-1769

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CASO; CASO TRUST,<br><br>        Plaintiffs,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 to 10,<br><br>        Defendants. | CASE NO. 2:07-cv-00101-FCD-DAD<br><br>**ORDER GRANTING HARTFORD'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO MOTION**<br><br>JUDGE:   Hon. Frank C. Damrell, Jr.<br><br>DATE ACTION FILED:  12/14/2006<br>TRIAL DATE:          06/24/2008 |

After full consideration of the ex parte application of Hartford Casualty Insurance Company ("Hartford") for an order shortening time for hearing on motion to amend scheduling order, and good cause appearing,

**IT IS THEREFORE ORDERED THAT:**

The Ex Parte Application is GRANTED.

Defendant Hartford Casualty Insurance Company's motion to amend scheduling order shall be heard on November 30, 2007, at 10:00 a.m. in Courtroom 2.

Notice of this motion shall be electronically filed and served by Hartford no later than November 7, 2007 at 4:00 p.m.

        Plaintiffs' Opposition to the motion shall be electronically filed and served no later than November 16, 2007 at 4:00 p.m.

        Hartford's reply, if any, shall be electronically filed and served no later than November 26, 2007 at 12:00 p.m.

        IT IS SO ORDERED.

DATED:   November 6, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE