ANDREW D. WOLL (SBN 085347)
THE LAW OFFICE OF ANDREW D. WOLL
550 MAIN ST., SUITE B1B
PLACERVILLE, CA 95667

530-626-7654
No Consent to Fax Service

Attorneys for Plaintiff Larry Caso

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE CASO; CASO TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 to 10,<br><br>    Defendants. | CASE NO. 2:07-cv-00101-FCD-DAD<br><br>**STIPULATION FOR MODIFICATION OF PRE TRIAL SCHEDULING ORDER; ORDER THEREON**<br><br>DATE ACTION FILED:   12/14/2006<br>TRIAL DATE:               6/24/2008<br><br>"AS MODIFIED" |

### FACTS THIS STIPULATION IS BASED ON

WHEREAS: Plaintiffs' Counsel has been fighting a disease called pleural effusion (grossly excessive pleural fluid around the right lung) since September, 2007; and;

WHEREAS: Plaintiffs' Counsel's doctors have tried every type of conservative care, including a minor surgery called thoracentesis (draining the pleural cavity by using a long needle placed through the back into the area surrounding the lung, done Jan. 2, 2008) and;

WHEREAS: Plaintiffs' Counsel's doctors have informed counsel that the only thing that can prevent counsel from sustaining a permanent total or partial collapsed right lung is a major surgery called VATS (visually aided thoracic surgery) which entails 4 or 5

1  days in the hospital with a 4-5 week recovery time, which should be done as soon as
2  possible; and,
3       WHEREAS:  Surgery is currently scheduled for January 17, having been
4  immediately set following failed thoracentesis (the fluid would not drain because it is
5  beginning to solidify) ; and;
6       WHEREAS:  Defendant must file a motion for summary judgment by February 5,
7  2008, because of the current dispositive motion deadline of March 21, 2008, and the
8  unavailability of the Court for hearing on March 14 or March 21, and plaintiffs' counsel
9  will be unable to prepare timely opposition to said motion because of his post surgical
10 status; and;
11      WHEREAS:  A key witness in the case, James Gregg, has recently informed
12 plaintiffs' counsel that he is unavailable during June, 2008 because of pre-made vacation
13 plans but will be available after July 4: come now the parties and stipulate as follows:
14 **IT IS HEREBY STIPULATED AND AGREED THAT THE CURRENT**
15 **STATUS (PRETRIAL SCHEDULING) ORDER MAY BE MODIFIED AS**
16 **FOLLOWS**:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| DISPOSITIVE MOTIONS | 03-21-08 | 04-25-08 |
| JOINT PRE-TRIAL STMT | 04-18-08 | 05-23-08 |
| PRE-TRIAL CONF | 04-25-08 | 05-30-08 |
| TRIAL | 06-24-08 | 07-29-08 |

22 **DEFENDANT WILL ONLY STIPULATE TO CHANGE THE DISPOSITIVE**
23 **MOTION CUT-OFF AS LONG AS THE OTHER DEADLINES ARE EXTENDED.**
24 **WHILE DEFENDANT IS HAPPY TO ACCOMMODATE MR. WOLL'S HEALTH**
25 **ISSUES, THE CURRENT SCHEDULE ALLOWS FOR SUFFICIENT TIME**
26 **BETWEEN THE OUTCOME OF THE SUMMARY JUDGMENT MOTION AND**
27 **TRIAL SO THAT THE PARTIES DO NOT HAVE TO INCUR THE EXPENSE OF**
28 **PREPARING FOR TRIAL IN THE EVENT THE MOTION IS GRANTED**.

1  **THEREFORE, DEFENDANT REQUESTS ALL OF THE CUT-OFF DATES BE**
2  **EXTENDED ACCORDINGLY.**
3
4  DATED: January 10, 2008          LAW OFFICES OF ANDREW D. WOLL
5
6                                   By:   /s/ Andrew D. Woll
7                                         Andrew D. Woll
                                          Attorney for Plaintiffs
                                          Lawrence Caso and Caso Trust
8
9  DATED:  January 10, 2008         BERGER KAHN
                                    A Law Corporation
10
11                                  By:   /s/ Ann K. Johnston
                                          as authorized on 1/10/2008
12                                        Ann K. Johnston
                                    Attorneys for Defendant
13                                  Hartford Casualty Insurance Company
14

### ORDER

16  The court shall allow modification of the Status (Pretrial Scheduling) Order
17  PURSUANT TO THIS STIPULATION, however the court shall modify the dates and
18  language of the order to comply with the court's scheduling practices and/or calendar
19  availability:
20  All dispositive motions, except motions for continuances, temporary restraining
21  orders or other emergency applications, shall be heard no later than April 25, 2008.
22  The final pretrial conference is now set for July 11, 2008 at 2:00 p.m. The joint
23  pretrial statement shall be filed no later than July 3, 2008.
24  The jury trial is now set for September 16, 2008 at 9:00 a.m.
25  IT IS SO ORDERED.
26  DATED:  January 11, 2008
27
28                                  _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE