ANN K. JOHNSTON, ESQ. (SBN 145022)
(e-mail: ajohnston@bergerkahn.com)
DENISE A. RUELAS, ESQ. (SBN 135777)
(e-mail: druelas@bergerkahn.com)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA  94945
Tel:  (415) 899-1770  •  Fax: (415) 899-1769

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| LAWRENCE CASO; CASO TRUST, | CASE NO. 2:07-cv-00101-FCD-DAD |
| Plaintiffs, | **REQUEST TO INCREASE PAGE LIMIT AND ORDER** |
| vs. | |
| HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 to 10, | DATE ACTION FILED:      12/14/2006<br>TRIAL DATE:               9/16/2008 |
| Defendants. | |

Defendant Hartford Casualty Insurance Company requests the page limit be increased from 10 pages to 15 pages on its reply to Plaintiffs' opposition to Defendant's motion for summary judgment.  Plaintiffs raise numerous issues in their opposition to which Defendant must respond and Defendant anticipates it will need more than 10 pages

///
///
///
///
///

BERGER KAHN
*A Law Corporation*
7200 Redwood Blvd., Suite  325
Novato, CA  94945

1

1    to do so.  Therefore, Defendant respectfully requests that the Court grant its request to increase

2    the page limit.

3    DATED: April 8, 2008.                           BERGER KAHN
                                                      A Law Corporation
4

5

6                                                     By:    /s/ Ann K. Johnston
                                                             ANN K. JOHNSTON
7                                                     Attorneys for Defendant, HARTFORD
                                                      CASUALTY INSURANCE COMPANY
8

9

10

11                                          **ORDER**

12          After consideration of Defendant's request and good cause appearing,

13          IT IS ORDERED that the page limit for Defendant's reply to Plaintiffs' opposition to the

14   motion for summary judgment is increased from 10 to 15 pages.

15

16   DATED: April 10, 2008

17

18

19                                           _____

20                                           FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

BERGER KAHN
A Law Corporation
7200 Redwood Blvd., Suite 325
Novato, CA 94945

Request to Increase Page Limit and Order                    Case No.: 2:07-cv-00101-FCD-DAD