1  ANDREW D. WOLL (SBN 085347)
   THE LAW OFFICE OF ANDREW D. WOLL
2  550 MAIN ST., SUITE B1B
3  PLACERVILLE, CA 95667

4  530-626-7654
   No Consent to Fax Service
5

6

7  Attorneys for Plaintiffs

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11 LARRY CASO, CASO TRUST

12         Plaintiffs,
                                    CASE #  2:07-CV-00101-FCD-DAD
13
      v.                            STIPULATION AND ORDER TO
14                                  CONTINUE TRIAL
15
16 HARTFORD CASUALTY INSURANCE      CURRENT TRIAL DATE: SEP. 16, 2008.
   COMPANY; and DOES 1-10.
17

18

19
           Defendants.
20

21

22            STIPULATION AND ORDER TO CONTINUE TRIAL

23     Whereas plaintiff's counsel has brought to defense counsel's attention, both through an

24 effort to meet and confer, and through a motion to continue trial, currently set for the Court's

25 calendar on July 25, 2008; and,

26
       Whereas plaintiff and defendants are willing to stipulate to trial being continued for two
27
28 weeks;

---

STIPULATION AND ORDER TO CONTINUE TRIAL FOR TWO WEEKS
Page -1-

COME NOW plaintiff's and defendant, through counsel, and stipulate that the current trial date of September 16, 2008, may be continued for two weeks, or such other time as is convenient to the Court and all parties. Counsel further notes that the Court has continued the Final Pre-Trial Conference set for July 11, 2008 due to a conflict with the Court calendar. Hartford's counsel is unavailable on that date and therefore the parties request that the Final Pre-Trial Conference be set for August 1, 2008, and that the Joint Pre-Trial Conference Statement be due on July 24, 2008.

IT IS SO STIPULATED:

Dated : June 26, 2008        /s/ Andrew D. Woll
                             ANDREW D. WOLL


Dated:  June 26, 2008         /s/ Ann K. Johnston
                             ANN K. JOHNSTON


**ORDER**

The Court orders that trial of the above captioned case shall commence on January 13, 2009, at 9:00 a.m.

The Court orders a joint pre-trial statement to be submitted on or before October 31, 2008.

The Court sets the Pre-Trial Conference for November 7, 2008 at 2:00 p.m.

Dated: June 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE