ANN K. JOHNSTON, ESQ. (SBN 145022)
(e-mail: ajohnston@bergerkahn.com)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE CASO; CASO TRUST, <br><br>    Plaintiffs, <br><br> vs. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 to 10, <br><br>    Defendants. | CASE NO. 2:07-cv-00101-FCD-DAD <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br><br> DATE ACTION FILED:  12/14/2006 <br> TRIAL DATE:           9/16/2008 |

    IT IS HEREBY STIPULATED BETWEEN the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: _____, 2008    LAW OFFICES OF ANDREW D. WOLL


                                             By:   /s/ Andrew D. Woll
                                                    As authorized on October 1, 2008
                                                    ANDREW D. WOLL
                                           Attorney for Plaintiff Caso Trust

///

///

///

DATED: _____, 2008         BERGER KAHN
                                         A Law Corporation


                                         By: /s/ Ann K. Johnston
                                              ANN K. JOHNSTON
                                         Attorneys for Defendant
                                         HARTFORD CASUALTY INSURANCE
                                         COMPANY


IT IS SO ORDERED AS STIPULATED.


DATED: October 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE